Lawrence Mally, et. al., Plaintiff(s)
vs.
Qiao Xing Universal, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 084700-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Qiao Xing Universal Telephone, Inc., c/o Andrew N. Bernstein

Court Case No. 07 CV 7097

KAPLAN, FOX & KILSHEIMER
Ms. Tanya N. Harvey
850 Third Avenue
14th Floor
New York, NY 10022

---

State of: COLORADO  ) ss.
County of: DENVER  )

**Name of Server:** R T Cantrall, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16th day of August, 20 07, at 11:27 o'clock A M

**Place of Service:** at 5445 DTC Parkway, Suite 520, in Greenwood Village, CO 80111

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint; Certification of Names Plaintiff

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Qiao Xing Universal Telephone, Inc., c/o Andrew N. Bernstein**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Andrew N Bernstein, RA

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Lt Brown ; Facial Hair ____
Approx. Age 54 ; Approx. Height 5'8" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 17th day of August, 2007

Signature of Server

Notary Public   (Commission Expires)
February 10th, 2010

APS International, Ltd.