Lawrence Mally, et. al., Plaintiff(s)
vs.
Qiao Xing Universal, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 084700-0001

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Albert Leung, c/o Andrew N. Bernstein
Court Case No. 07 CV 7097

KAPLAN, FOX & KILSHEIMER
Ms. Tanya N. Harvey
850 Third Avenue
14th Floor
New York, NY  10022

State of: __COLORADO__ ) ss.
County of: __DENVER__ )

**Name of Server:** __R T Cantrall__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16th__ day of __August__, 20 __07__, at __11:27__ o'clock __A__ M

**Place of Service:** at __5445 DTC Parkway, Suite 520__, in __Greenwood Village, CO  80111__

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint; Certification of Names Plaintiff**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Albert Leung, c/o Andrew N. Bernstein**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Albert Leung, c/o Andrew N. Bernstein** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Lt Brown__; Facial Hair _____
Approx. Age __54__; Approx. Height __5'8"__; Approx. Weight __140__

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct

_signature_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this ____ day of __August__, 20 07

_signature_
Notary Public
(Commission Expires)
February 10th, 2010