Lawrence Mally, et. al., Plaintiff(s)
vs.
Qiao Xing Universal, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 084700-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Rui Lin Wu, c/o Andrew N. Bernstein
Court Case No. 07 CV 7097

KAPLAN, FOX & KILSHEIMER

Ms. Tanya N. Harvey

850 Third Avenue
14th Floor
New York, NY 10022

---

| | |
|---|---|
| State of: COLORADO ) ss. | |
| County of: DENVER ) | |
| Name of Server: | R T Cantrall , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 16th day of August , 20 07 , at 11:27 o'clock A M |
| Place of Service: | at 5445 DTC Parkway, Suite 520 , in Greenwood Village, CO 80111 |
| Documents Served: | the undersigned served the documents described as: **Summons and Class Action Complaint; Certification of Names Plaintiff** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Rui Lin Wu, c/o Andrew N. Bernstein** |

**Person Served, and Method of Service:**

[X] By personally delivering them into the hands of the person to be served.

[ ] By delivering them into the hands of _____ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Rui Lin Wu, c/o Andrew N. Bernstein** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Lt Brown ; Facial Hair _____
Approx. Age 54 ; Approx. Height 5'8" ; Approx. Weight 140

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
17th day of August , 20 07

_signature_ Notary Public

(Commission Expires)
February 10th, 2010

PATSY SHERRUCK
NOTARY PUBLIC
STATE OF COLORADO