Jack C. Auspitz
Joel C. Haims
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Qiao Xing Universal Telephone, Inc.,
Rui Lin Wu, and Albert Leung

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>                Defendants. | No. 07-cv-07097 (DLC) (HBP)<br><br><br>**ECF CASE** |

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for

defendants Qiao Xing Universal Telephone, Inc., Rui Lin Wu, and Albert Leung.

Dated: New York, NY                    Respectfully submitted,
September 19, 2007


By:    /s/ Jack C. Auspitz_____
      Jack C. Auspitz
      Joel C. Haims
      Lily M. Fan
      MORRISON & FOERSTER LLP
      1290 Avenue of the Americas
      New York, NY  10104-0050
      Telephone: 212-468-8000
      Facsimile: 212-468-7900

      *Attorneys for Defendants*
      *Qiao Xing Universal Telephone, Inc.,*
      *Rui Lin Wu, and Albert Leung*