Cote, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, AND ALBERT LEUNG, <br><br> Defendants. | No. 07-cv-07097 (DLC) (HBP) <br><br> ECF CASE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

### STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that after the court enters an order consolidating this action with any related securities class actions, appointing lead plaintiff and lead plaintiff's counsel, defendants' counsel will confer with the court-appointed lead counsel regarding the schedule for the filing of a consolidated amended complaint, and for the filing of defendants' response to that complaint. Defendants will not be required to answer or otherwise respond to the complaint filed on August 9, 2007 in this matter. By entering into this stipulation, Albert Leung does not waive defenses to service of process or jurisdiction and Plaintiff maintains that service of process was duly and properly made upon all defendants in this action and does not concede any defenses to service of process or jurisdiction.

So ordered.

*[signature]*
October 3, 2007

ny-775899

Dated:  New York, New York
        October 1, 2007

MORRISON & FOERSTER LLP

By: _____
Jack C. Auspitz
Joel C. Haims
Lily M. Fan
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 468-8000
Facsimile:   (212) 468-7900

*Attorneys for Defendants*


KAPLAN FOX & KILSHEIMER LLP

By: _____
Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714

*Attorneys for Plaintiff*


SO ORDERED: _____
                    U.S.D.J.

ny-775899