UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, on behalf of himself and all others similarly situated,<br><br><div align="right">Plaintiff,</div><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br><div align="right">Defendants.</div> | CIVIL ACTION NO. 07 CV 7097 |
| MILTON PFEIFFER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br><div align="right">Plaintiffs,</div><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br><div align="right">Defendants.</div> | CIVIL ACTION NO. 07 CV 7252 |

(Captions continued . . .)

**<u>DECLARATION OF SERVICE</u>**

489632

ISAAC FISHMAN, CUSTODIAN FOR THE
IBF FOUNDATION, ON BEHALF OF
ITSELF and ALL OTHERS SIMILARLY
SITUATED,

                           Plaintiffs,           CIVIL ACTION NO. 07 CV 7312

                  -against-

QIAO XING UNIVERSAL TELEPHONE,
INC., WU RUI LIN, WU ZHI-YANG,
ALBERT LEUNG, SONNY KWOK WING
HUNG, ZE YUN MU, YI HONG ZHANG
and GROBSTEIN, HORWATH &
COMPANY LLP,

                         Defendants.

MICHAEL LOCKE, Individually and On
Behalf of All Others Similarly Situated,

                           Plaintiff,

                  -against-           CIVIL ACTION NO. 07 CV 7693

QIAO XING UNIVERSAL TELEPHONE,
INC., RUI LIN WU, ALBERT LEUNG, ZHI
YANG WU, SONNY KWOK WING HUNG,
ZE YUN MU, YI HONG ZHANG and
GROBSTEIN, HORWATH & COMPANY
LLP,

                         Defendants.

REUVEN LAPIN, individually and on behalf
of all others similarly situated,

                           Plaintiff,

                  -against-           CIVIL ACTION NO. 07 CV 7829
                                           "ECF CASE"

QIAO XING UNIVERSAL TELEPHONE,
INC., RUI LIN WU, and ALBERT LEUNG,

                         Defendants.

## DECLARATION OF SERVICE

Gustavo Bruckner, Esq., an attorney admitted to practice law before the courts of the State of New York, hereby declares that on October 9, 2007, I caused to be served, (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel, the following documents:

1.    Notice of Motion;

2.    Declaration of Gustavo Bruckner in Support of Mr. Joseph Mustachia's Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel, together with Exhibits; and

3.    Memorandum of Law in Support of Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel.

Dated:   October 9, 2007

_____/S/_____
Gustavo Bruckner

/489632

3