UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, Individually and on Behalf of All others Similarly Situated, | ) Civil Action No. 1:07-cv-7097 (DLC) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, | ) ) ) |
| Defendants | ) |
| MILTON PFEIFFER, On Behalf Of Himself And All Others Similarly Situated, | ) Civil Action No. 1:07-cv-7252 (DLC) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, | ) ) ) |
| Defendants | ) |

(additional captions listed on the following page)

**DECLARATION OF BRIAN P. MURRAY IN SUPPORT
OF PELO a.s.'s MOTION TO CONSOLIDATE, TO BE APPOINTED LEAD
PLAINTIFF, AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| ISAAC FISHMAN, Custodian for the IBF Foundation, | ) Civil Action No. 1:07-cv-7312 (DLC) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, Grobstein Horwatht Co. LLP | ) ) ) ) ) ) |
| Defendants. | ) |
| MICHAEL LOCKE, On Behalf Of Himself And All Others Similarly Situated, | ) Civil Action No. 1:07-cv-7693 (DLC) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, Grobstein Horwatht Co. LLP | ) ) ) ) ) ) |
| Defendants. | ) |
| REUVEN LAPIN, On Behalf Of Himself And All Others Similarly Situated, | ) Civil Action No. 1:07-cv-7829 (DLC) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, | ) ) |
| Defendants. | ) ) |

I, Brian P. Murray, declare as follows:

1. I am a member of the law firm Murray, Frank & Sailer LLP, counsel for PELO a.s. ("PELO"). I submit this Declaration in Support of PELO's Motion to Consolidate, to be Appointed Lead Plaintiff for the Class, and for Approval of Its Selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice published over the MARKET WIRE on August 9, 2007, providing notice of the filing of a class action complaint against defendants.

4. Attached hereto as Exhibit B is a true and correct copy of the Plaintiff's Certification executed by Jindrich Skokan, a member of PELO's board of directors.

5. Attached hereto as Exhibit C is a chart detailing the damages suffered by PELO.

7. Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Murray, Frank & Sailer LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2007.

                                                                                         /s/
                                                                 Brian P. Murray

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury, that a true and correct copy of the above and foregoing DECLARATION OF BRIAN P. MURRAY IN SUPPORT OF PELO A.S.'S MOTION TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL was served by electronic filing to registered users in this action, and by regular United States mail, postage prepaid, this 9th day of October, 2007, to the following:

**Plaintiffs' Counsel**

| | |
|---|---|
| Frederick S. Fox, Esq.<br>**Kaplan, Kaplan, Fox & Kilsheimer LLP**<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022<br>Tel: (212) 687-1980<br>Fax: (212) 687-7714 | Marc I Gross, Esq.<br>**Pomerantz Haudek Block Grossman & Gross LLP**<br>100 Park Avenue, 26th Floor<br>New York, NY 10017<br>Tel: (212)661-1100<br>Fax: (212) 661-8665 |
| Gregory M. Nespole , Esq.<br>**Wolf Haldenstein Adler Freeman & Herz LLP**<br>270 Madison Avenue<br>New York, NY 10017<br>Tel: (212) 545-4600<br>Fax: (212) 545-4693 | Evan J Smith, Esq.<br>**Brodsky & Smith, L.L.C.**<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Tel: (516) 741-4977<br>Fax: (516) 741-0626 |
| Jacob T. Fogel, Esq.<br>**Law Office of Jacob T. Fogel, P.C.**<br>32 Court Street<br>Suite 602<br>Brooklyn, NY 11201 | Richard Maniskas, Esq.<br>**Schiffrin & Barroway LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667.7706<br>Fax: (610) 667.7056 |

**Defendants and or Defendants' Counsel**

| | |
|---|---|
| Jack C. Auspitz, Esq.<br>**Morrison & Foerster LLP**<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel: (212) 468-8046<br>Fax: (212) 468-7900<br><br>**Counsel for Qiao Xing Universal Telephone, Inc. and Albert Leung, Sonny Kwok Wing Hung, Wu Rui Lin, Wu Zhi-Yang, Yi Hong Zhang, Ze Yun Mu, Rui Lin Wu, Zhi Yang Wu,** | **Grobstein, Horwath & Co. LLC**<br>15233 Ventura Blvd.<br>9th Floor<br>Sherman Oaks, CA 91403<br>Tel: (818) 501-5200<br>Fax: (818) 907-9632 |
| Albert Leung<br>c/o Qiao Xing Universal Telephone, Inc.<br>Qiao Xing Science Indus. Park<br>Tang Quan<br>Huizhou City<br>Guangdong, China 516 023 | |

/s/
Thomas J. Kennedy