# Exhibit C

| Qiao Xing Universal Telephone Inc. | | | | |
|---|---|---|---|---|
| | **Date** | **Purchased** | **Price** | **Total** |
| **PELO a.s.** | 5/25/2007 | 30,000 | $14.50 | $435,000 |
| | 6/5/2007 | 40,000 | $12.60 | $504,000 |
| | 6/27/2007 | 30,000 | $12.60 | $378,000 |
| | | | **Total Purchase** | **$1,317,000** |
| | | | **84 Day Avg.** | $9.80 |
| | | -100,000 | **Shares Retained** | -$980,000 |
| | | | **Total Loss** | **$337,000** |