UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> QIAO XING UNIVERSAL TELEPHONE, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-07097-DLC <br><br> <u>CLASS ACTION</u> |
| MILTON PFEIFFER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> QIAO XING UNIVERSAL TELEPHONE, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-07252-DLC <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ───────────────────────────────── x<br>ISAAC FISHMAN, CUSTODIAN FOR THE<br>IBF FOUNDATION, On Behalf of Itself and<br>All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>QIAO XING UNIVERSAL TELEPHONE,<br>INC., et al.,<br><br>                  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:07-cv-07312-DLC<br><br><u>CLASS ACTION</u> |
| ─────────────────────────────────<br>MICHAEL LOCKE, Individually and On<br>Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>QIAO XING UNIVERSAL TELEPHONE,<br>INC., et al.,<br><br>                  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:07-cv-07693-DLC<br><br><u>CLASS ACTION</u> |
| ─────────────────────────────────<br>REUVEN LAPIN, Individually and On Behalf<br>of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>QIAO XING UNIVERSAL TELEPHONE,<br>INC., et al.,<br><br>                  Defendants.<br>───────────────────────────────── x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:07-cv-07829-DLC<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that Institutional Investor Macomb County Employees' Retirement System ("Macomb County") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Macomb County as Lead Plaintiff; (iii) approving Macomb County's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Macomb County submits herewith a Memorandum of Law and Declaration of Mario Alba Jr. dated October 9, 2007.

DATED: October 9, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


/s/ *Mario Alba Jr.*
MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on October 9, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of the Macomb County Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of the Macomb County Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                   /s/ *Mario Alba Jr.*
                                                    Mario Alba Jr.

QIAO XING

Service List - 10/9/2007     (07-0203)

Page 1 of  2

**Counsel For Defendant(s)**

Jack C. Auspitz
Joel Charles Haims
Lily M. Fan
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050
   212/468-8000
   212/468-7900 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Evan J. Smith<br>Brodsky & Smith, LLC<br>240 Mineola Blvd., 1st Floor<br>Mineola, NY  11501<br>   516/741-4977<br>   516/741-0626 (Fax) | Michael Goldberg<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>   310/201-9150<br>   310/201-9160 (Fax) |
| Frederic S. Fox<br>Joel B. Strauss<br>Jeffrey P. Campisi<br>Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>   212/687-1980<br>   212/687-7714 (Fax) | Jacob T. Fogel<br>Law Offices of Jacob T. Fogel<br>32 Court Street, Suite 602<br>Brooklyn, NY  11201<br>   718/221-5552<br>   718/875-4500 (Fax) |
| Marvin L. Frank<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>   212/682-1818<br>   212/682-1892 (Fax) | Marc I. Gross<br>Jeremy A. Lieberman<br>Pomerantz Haudek Block Grossman & Gross LLP<br>100 Park Avenue, 26th Floor<br>New York, NY  10017-5516<br>   212/661-1100<br>   212/661-8665 (Fax) |

QIAO XING

Service List - 10/9/2007    (07-0203)

Page 2 of 2

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL  60602-3908
   312/377-1181
   312/377-1184 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Gregory M. Nespole
Gustavo  Bruckner
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653 (Fax)