UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., et al.,<br><br>              Defendants. | Civil Action No. 1:07-cv-07097-DLC<br><br><u>CLASS ACTION</u> |
| MILTON PFEIFFER, On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., et al.,<br><br>              Defendants. | Civil Action No. 1:07-cv-07252-DLC<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL

|  |  |
|---|---|
| ─────────────────────────── x ISAAC FISHMAN, CUSTODIAN FOR THE IBF FOUNDATION, On Behalf of Itself and All Others Similarly Situated, : : : : Plaintiff, : : vs. : : QIAO XING UNIVERSAL TELEPHONE, : INC., et al., : : Defendants. : ─────────────────────────── MICHAEL LOCKE, Individually and On : Behalf of All Others Similarly Situated, : : Plaintiff, : : vs. : : QIAO XING UNIVERSAL TELEPHONE, : INC., et al., : : Defendants. : ─────────────────────────── REUVEN LAPIN, Individually and On Behalf : of All Others Similarly Situated, : : Plaintiff, : : vs. : : QIAO XING UNIVERSAL TELEPHONE, : INC., et al., : : Defendants. : ─────────────────────────── x | Civil Action No. 1:07-cv-07312-DLC<br><br>CLASS ACTION<br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 1:07-cv-07693-DLC<br><br>CLASS ACTION<br><br><br><br><br><br><br><br><br>Civil Action No. 1:07-cv-07829-DLC<br><br>CLASS ACTION |

Having considered the motion of Macomb County Employees' Retirement System ("Macomb County") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. Macomb County is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____    _____
                                                             THE HONORABLE DENISE L. COTE
                                                             UNITED STATES DISTRICT JUDGE