UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:07-cv-07097-DLC<br><br>CLASS ACTION |
| MILTON PFEIFFER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:07-cv-07252-DLC<br><br>CLASS ACTION |

[Caption continued on following page.]

DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| ISAAC FISHMAN, CUSTODIAN FOR THE IBF FOUNDATION, On Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., et al.,<br><br>        Defendants. | Civil Action No. 1:07-cv-07312-DLC<br><br><u>CLASS ACTION</u> |
| MICHAEL LOCKE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., et al.,<br><br>       Defendants. | Civil Action No. 1:07-cv-07693-DLC<br><br><u>CLASS ACTION</u> |
| REUVEN LAPIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., et al.,<br><br>       Defendants. | Civil Action No. 1:07-cv-07829-DLC<br><br><u>CLASS ACTION</u> |

MARIO ALBA JR., declares under penalty of perjury:

1. I am an associate with Coughlin Stoia Geller Rudman & Robbins LLP. I submit this Declaration in support of the motion of Macomb County Employees' Retirement System ("Macomb County") for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the action entitled *Lawrence Mally v. Qiao Xing Universal Telephone, Inc. et al.*, Civil Action No. 1:07-cv-07097-DLC (the "*Mally* Action") on *Market Wire*, a national, business-oriented newswire service, on August 9, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of Macomb County at approximately $334,598.80, in connection with its transactions in Qiao Xing Universal Telephone, Inc. shares during the Class Period.

4. Attached hereto as Exhibit C is the certification of Macomb County.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia Geller Rudman & Robbins LLP.

                                              /s/ *Mario Alba Jr.*
                                                MARIO ALBA, JR.

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on October 9, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of the Macomb County Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of the Macomb County Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                      /s/ *Mario Alba Jr.*
                                                         Mario Alba Jr.

QIAO XING

Service List - 10/9/2007    (07-0203)

Page 1 of 2

**Counsel For Defendant(s)**

Jack C. Auspitz
Joel Charles Haims
Lily M. Fan
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050
   212/468-8000
   212/468-7900 (Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022
   212/687-1980
   212/687-7714 (Fax)

Jacob T. Fogel
Law Offices of Jacob T. Fogel
32 Court Street, Suite 602
Brooklyn, NY  11201
   718/221-5552
   718/875-4500 (Fax)

Marvin L. Frank
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Marc I. Gross
Jeremy A. Lieberman
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY  10017-5516
   212/661-1100
   212/661-8665 (Fax)

QIAO XING

Service List - 10/9/2007   (07-0203)

Page 2 of 2

| | |
|---|---|
| Patrick V. Dahlstrom<br>Pomerantz Haudek Block Grossman & Gross LLP<br>One North LaSalle Street, Suite 2225<br>Chicago, IL  60602-3908<br>   312/377-1181<br>   312/377-1184 (Fax) | Richard A. Maniskas<br>D. Seamus Kaskela<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>   610/667-7706<br>   610/667-7056 (Fax) |
| Gregory M. Nespole<br>Gustavo  Bruckner<br>Wolf Haldenstein Adler Freeman & Herz, LLP<br>270 Madison Avenue<br>New York, NY  10016<br>   212/545-4600<br>   212/545-4653 (Fax) | |