UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>      v.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU and ALBERT LEUNG,<br><br>                      Defendants. | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION No. 07cv7097 (DLC) |
| ISSAC FISHMAN, Custodian for the IBF Foundation, on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>      v.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, and GROBSTEIN, HORWATH & COMPANY, LLP,<br><br>                      Defendants. | CIVIL ACTION No. 07cv7312 (DLC) |

(Additional captions on following page)

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF LAWRENCE MALLY AND LARRY TRACY FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL**

| | |
|---|---|
| MICHAEL LOCKE, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ZHI-YANG WU, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, and GROBSTEIN, HORWATH & COMPANY, LLP,<br><br>      Defendants. | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION No. 07cv7693 (DLC) |
| REUVEN LAPIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU and ALBERT LEUNG,<br><br>      Defendants. | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION No. 07cv7829 (DLC) |

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1. I am associated with the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to practice before this Court. I respectfully submit this Declaration in Support of the Motion Lawrence Mally and Larry Tracy for: (a) consolidation of the Related Actions; (b) Appointment as Lead Plaintiffs; and (c) Approval of Lead Plaintiffs' choice of Lead Counsel.

2. Attached hereto are true copies of the following documents:

   A. Exhibit A, Declaration of Lead Plaintiff Movant Lawrence Mally ("Mally");

   B. Exhibit B, Declaration of Lead Plaintiff Movant Larry Tracy ("Tracy");

   C. Exhibit C, Chart setting forth estimated losses of Mally and Tracy in the securities of Qiao Xing Universal Telephone, Inc. ("Xing");

   D. Exhibit D, August 9, 2007, Notice of Pendency of Class Action Lawsuit against Xing, *et al.* for violation of certain provisions of the federal securities laws; and

   E. Exhibit E, Firm resume of Kaplan Fox & Kilsheimer LLP.

Dated: October 9, 2007

                                                    s/ Jeffrey P. Campisi
                                                    JEFFREY P. CAMPISI

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 9, 2007, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will electronically send notification of such filing to the registered participants and paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on October 9, 2007.

               /s/  Jeffrey P. Campisi
                  Jeffrey P. Campisi

October 9, 2007