**EXHIBIT A**

# KAPLAN*FOX*

## DECLARATION OF LEAD PLAINTIFF MOVANT

I, Lawrence Mally, hereby declare as follows:

1. I hereby authorize the filing of a motion for appointment as lead plaintiff in the Qiao Xing Universal Telephone, Inc. ("Xing") securities litigation;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws, unless noted hereafter: None.

4. The following is a description of my transactions during the proposed class period (June 30, 2004 – July 16, 2007) of Xing:

| Security Name | Transaction | Trade Date | Shares | Price per Share |
| --- | --- | --- | --- | --- |
| See attached. | | | | |

5. I did not purchase shares of Xing at the direction of my counsel or in order to participate in any private action under the federal securities laws;

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Oct 5 , 2007

Lawrence Mally

**QIAO XING UNIVERSAL TELEPHONE, INC. (XING)**
**Lawrence Mally transactions**

| Name/Account | Security Name | Symbol | Transaction Type | Trade Date | Shares | Price per Share |
|---|---|---|---|---|---|---|
| **Common stock:** | | | | | | |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/05/06 | 610 | $8.30 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/05/06 | 990 | $8.30 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/08/06 | 1,000 | $8.31 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/12/06 | 1,400 | $8.14 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 08/30/06 | 1,000 | $11.73 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 08/30/06 | 300 | $11.73 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 08/30/06 | 150 | $11.73 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 09/15/06 | 550 | $12.30 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 400 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 300 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 400 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 500 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 150 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 1,800 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 1,750 | $14.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 12/26/06 | 100 | $13.85 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 12/26/06 | 100 | $13.85 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 12/26/06 | 100 | $13.85 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 04/10/07 | 290 | $17.05 |
| | Qiao Xing Universal Telephone, Inc. | XING | Purchase | 04/17/07 | 200 | $18.50 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 200 | $10.41 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 200 | $10.45 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 1,200 | $10.45 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 1,000 | $10.45 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 146 | $10.45 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 354 | $10.45 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 300 | $10.45 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | 600 | $10.45 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/04/06 | 400 | $12.00 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/14/06 | 100 | $11.93 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/14/06 | 500 | $12.00 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | 450 | $11.85 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | 50 | $11.85 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | 100 | $11.83 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | 100 | $11.90 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/03/07 | 100 | $13.26 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | 100 | $12.64 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | 2 | $12.71 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | 1 | $12.70 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | 97 | $12.71 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | 3 | $12.71 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | 97 | $12.71 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | 200 | $14.71 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | 100 | $14.73 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | 200 | $14.80 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | 200 | $14.80 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | 100 | $14.79 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | 100 | $14.79 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | 100 | $14.79 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/14/07 | 1,200 | $15.87 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 04/11/07 | 400 | $16.73 |

**QIAO XING UNIVERSAL TELEPHONE, INC. (XING)**
**Lawrence Mally transactions**

| Name/Account | Security Name | Symbol | Transaction Type | Trade Date | Shares | Price per Share |
|---|---|---|---|---|---|---|
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 04/11/07 | 600 | $16.75 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | 1,000 | $14.98 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | 100 | $14.91 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | 100 | $14.98 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | 800 | $14.98 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 10 | $12.91 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 50 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 300 | $13.54 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 100 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 150 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 100 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 100 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 300 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 200 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 50 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 100 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 100 | $13.62 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 500 | $13.60 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 100 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 540 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 300 | $13.61 |
| | Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | 200 | $13.61 |
| | | | | | | |
| | | | | | | |
| **Options:** | | | | | | |
| | Call Qiao Xing Universal Jan 15 Opening Transaction (Leap 2008) | QAEAC | Purchase | 06/25/07 | 10,000 | $1.55 |
| | | | | | | |
| | Call Qiao Xing Universal Aug 12 1/2 Opening Transaction | QAEHV | Purchase | 06/25/07 | 7,500 | $1.30 |
| | | | | | | |
| | Call Qiao Xing Universal Sep 15 Opening Transaction | QAEIC | Purchase | 06/25/07 | 10,000 | $0.75 |
| | | | | | | |
| | Call Qiao Xing Universal Sep 12 1/2 Opening Transaction | QAEIV | Purchase | 06/25/07 | 10,000 | $1.70 |
| | | | | | | |
| | Call Qiao Xing Universal May | QAEED | Purchase | 04/23/07 | 600 | $0.45 |
| | Call Qiao Xing Universal May | QAEED | Expired | 05/21/07 | 600 | |
| | | | | | | |
| | Call Qiao Xing Universal Sep | QAEIW | Purchase | 04/13/07 | 1,100 | $2.60 |
| | Call Qiao Xing Universal Sep | QAEIW | Purchase | 04/13/07 | 1,000 | $2.60 |
| | Call Qiao Xing Universal Sep | QAEIW | Purchase | 04/13/07 | 1,600 | $2.60 |
| | | | | | | |
| | | | | | | |
| | Call Qiao Xing Universal Jan | LYQAW | Purchase | 02/15/07 | 1,000 | $4.30 |
| | Call Qiao Xing Universal Jan | LYQAW | Purchase | 02/15/07 | 400 | $4.50 |
| | | | | | | |
| | Call Qiao Xing Universal Jan | QAEAB | Purchase | 07/06/06 | 6,000 | $3.00 |
| | Call Qiao Xing Universal Jan | QAEAB | Sale | 07/06/06 | 6,000 | $4.69 |
| | | | | | | |
| | Call Qiao Xing Universal Jan | QAEAB | Purchase | 09/12/06 | 3,000 | $2.20 |
| | Call Qiao Xing Universal Jan | QAEAB | Purchase | 09/12/06 | 1,000 | $2.20 |
| | Call Qiao Xing Universal Jan | QAEAB | Sale | 09/12/06 | 1,200 | $4.69 |
| | Call Qiao Xing Universal Jan | QAEAB | Sale | 09/12/06 | 100 | $4.69 |
| | Call Qiao Xing Universal Jan | QAEAB | Sale | 09/12/06 | 2,700 | $4.69 |
| | | | | | | |
| | Call Qiao Xing Universal Jan | QAEAB | Purchase | 09/22/06 | 1,000 | $3.50 |
| | Call Qiao Xing Universal Jan | QAEAB | Sale | 09/22/06 | 1,000 | $4.69 |
| | | | | | | |
| | Call Qiao Xing Universal Jan | QAEAC | Purchase | 11/21/06 | 1,000 | $1.25 |
| | Call Qiao Xing Universal Jan | QAEAC | Purchase | 11/21/06 | 800 | $1.25 |
| | Call Qiao Xing Universal Jan | QAEAC | Sale | 01/17/07 | 1,800 | $0.08 |
| | | | | | | |
| | Call Qiao Xing Universal May | QAEED | Purchase | 04/23/07 | 2,500 | $0.45 |
| | Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 1,000 | $0.35 |
| | Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 1,500 | $0.40 |
| | Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 2,000 | $0.35 |
| | Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 400 | $0.40 |
| | Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 100 | $0.40 |
| | Call Qiao Xing Universal May | QAEED | Expired | 05/21/07 | 2,500 | $0.00 |
| | Call Qiao Xing Universal May | QAEED | Expired | 05/21/07 | 5,000 | $0.00 |
| | | | | | | |
| | Call Qiao Xing Universal Jun | QAEFW | Purchase | 03/19/07 | 200 | $1.80 |
| | Call Qiao Xing Universal Jun | QAEFW | Purchase | 03/19/07 | 2,300 | $1.85 |
| | Call Qiao Xing Universal Jun | QAEFW | Expired | 06/18/07 | 2,500 | $0.00 |
| | | | | | | |
| | Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 500 | $0.95 |
| | Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 700 | $0.95 |

**QIAO XING UNIVERSAL TELEPHONE, INC. (XING)**
**Lawrence Mally transactions**

| Name/Account | Security Name | Symbol | Transaction Type | Trade Date | Shares | Price per Share |
|---|---|---|---|---|---|---|
| | Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 700 | $0.95 |
| | Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 1,200 | $0.95 |
| | Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 1,900 | $0.95 |
| | Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 5,000 | $0.95 |
| | Call Qiao Xing Universal Jul | QAEGB | Sale | 06/30/06 | 10,000 | $0.84 |
| | | | | | | |
| | Call Qiao Xing Universal Sep | QAEIB | Purchase | 06/15/06 | 200 | $1.15 |
| | Call Qiao Xing Universal Sep | QAEIB | Purchase | 06/15/06 | 3,800 | $1.15 |
| | Call Qiao Xing Universal Sep | QAEIB | Sale | 06/30/06 | 4,000 | $0.15 |
| | | | | | | |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 1,100 | $1.35 |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 2,100 | $1.35 |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 2,100 | $1.35 |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 1,100 | $1.35 |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 1,100 | $1.35 |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 2,200 | $1.35 |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 300 | $1.35 |
| | Call Qiao Xing Universal Sep | QAEIC | Purchase | 06/12/07 | 1,700 | $1.30 |
| | | | | | | |
| | Call Qiao Xing Universal Sep | QAEIW | Purchase | 03/15/07 | 1,500 | $2.85 |
| | | | | | | |
| | Call Qiao Xing Universal Nov | QAEKW | Purchase | 10/31/06 | 300 | $0.25 |
| | Call Qiao Xing Universal Nov | QAEKW | Purchase | 10/31/06 | 2,000 | $0.30 |
| | Call Qiao Xing Universal Nov | QAEKW | Purchase | 10/31/06 | 2,700 | $0.30 |
| | Call Qiao Xing Universal Nov | QAEKW | Expired | 11/20/06 | 5,000 | |
| | | | | | | |
| | Call Qiao Xing Universal Dec | QAELW | Purchase | 10/25/06 | 700 | $0.90 |
| | Call Qiao Xing Universal Dec | QAELW | Purchase | 10/25/06 | 2,300 | $0.90 |
| | Call Qiao Xing Universal Dec | QAELW | Expired | 12/18/06 | 3,000 | |
| | | | | | | |
| | | | | | | |

**EXHIBIT B**

**KAPLAN*FOX***

## DECLARATION OF LEAD PLAINTIFF MOVANT

I, Larry Tracy, hereby declare as follows:

1. I hereby authorize the filing of a motion for appointment as lead plaintiff in the *Qiao Xing Universal Telephone, Inc.* ("Xing") securities litigation;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws, unless noted hereafter: None.

4. The following is a description of my transactions during the proposed class period (June 30, 2004 – July 16, 2007) of Xing:

| Security Name | Transaction | Trade Date | Shares | Price per Share |
|---|---|---|---|---|
| Qiao Xing Universal Telephone, Inc. common stock | Purchase | 5/17/2007 | 4,000 | $14.01 |
| Qiao Xing Universal Telephone, Inc. common stock | Purchase | 5/18/2007 | 2,000 | $13.50 |

5. I did not purchase shares of Xing at the direction of my counsel or in order to participate in any private action under the federal securities laws;

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _October 5_, 2007

_Larry L. Tracy_
Larry Tracy

**EXHIBIT C**

Lawrence Mally's Losses in Xing Securities

| Security Name | Symbol | Transaction Type | Trade Date | Shares / Contracts | Price per Share | Total Cost / Proceeds | |
|---|---|---|---|---|---|---|---|
| Call Qiao Xing Universal Jan 15 Opening Transaction (Leap 2008) | QAEAC | Purchase OPEN | 06/25/07 | 10,000 | $1.55 | ($15,500.00) | ($15,500.00) |
| Call Qiao Xing Universal Aug 12 1/2 Opening Transaction | QAEHV | Purchase OPEN | 06/25/07 | 7,500 | $1.30 | ($9,750.00) | ($9,750.00) |
| Call Qiao Xing Universal Sep 15 Opening Transaction | QAEIC | Purchase OPEN | 06/25/07 | 10,000 | $0.75 | ($7,500.00) | ($7,500.00) |
| Call Qiao Xing Universal Sep 12 1/2 Opening Transaction | QAEIV | Purchase OPEN | 06/25/07 | 10,000 | $1.70 | ($17,000.00) | ($17,000.00) |
| Call Qiao Xing Universal May | QAEED | Purchase | 04/23/07 | 600 | $0.45 | ($270.00) | |
| Call Qiao Xing Universal May | QAEED | Expired | 05/21/07 | (600) | $0.00 | $0.00 | |
| | | | | | | ($270.00) | ($270.00) |
| Call Qiao Xing Universal Sep | QAEIW | Purchase | 04/13/07 | 1,100 | $2.60 | ($2,860.00) | |
| Call Qiao Xing Universal Sep | QAEIW | Purchase | 04/13/07 | 1,000 | $2.60 | ($2,600.00) | |
| Call Qiao Xing Universal Sep | QAEIW | Purchase OPEN | 04/13/07 | 1,600 | $2.60 | ($4,160.00) | |
| | | | | | | ($9,620.00) | ($9,620.00) |
| Call Qiao Xing Universal Jan | LYQAW | Purchase | 02/15/07 | 1,000 | $4.30 | ($4,300.00) | |
| Call Qiao Xing Universal Jan | LYQAW | Purchase OPEN | 02/15/07 | 400 | $4.50 | ($1,800.00) | |
| | | | | | | ($6,100.00) | ($6,100.00) |
| Call Qiao Xing Universal Jan | QAEAB | Purchase | 07/06/06 | 6,000 | $3.00 | ($18,000.00) | |
| Call Qiao Xing Universal Jan | QAEAB | Sale | 07/06/06 | (6,000) | $4.69 | $28,118.30 | |
| | | | | | | $10,118.30 | |
| Call Qiao Xing Universal Jan | QAEAB | Purchase | 09/12/06 | 3,000 | $2.20 | ($6,600.00) | |
| Call Qiao Xing Universal Jan | QAEAB | Purchase | 09/12/06 | 1,000 | $2.20 | ($2,200.00) | |
| Call Qiao Xing Universal Jan | QAEAB | Sale | 09/12/06 | (1,200) | $4.69 | $5,623.66 | |
| Call Qiao Xing Universal Jan | QAEAB | Sale | 09/12/06 | (100) | $4.69 | $468.73 | |
| Call Qiao Xing Universal Jan | QAEAB | Sale | 09/12/06 | (2,700) | $4.69 | $12,655.86 | |
| | | | | | | $9,948.25 | |
| Call Qiao Xing Universal Jan | QAEAB | Purchase | 09/22/06 | 1,000 | $3.50 | ($3,500.00) | |
| Call Qiao Xing Universal Jan | QAEAB | Sale | 09/22/06 | (1,000) | $4.69 | $4,687.35 | |
| | | | | | | $1,187.35 | $21,253.90 |
| Call Qiao Xing Universal Jan | QAEAC | Purchase | 11/21/06 | 1,000 | $1.25 | ($1,250.00) | |
| Call Qiao Xing Universal Jan | QAEAC | Purchase | 11/21/06 | 800 | $1.25 | ($1,000.00) | |
| Call Qiao Xing Universal Jan | QAEAC | Sale | 01/17/07 | (1,800) | $0.08 | $150.49 | |
| | | | | | | ($2,099.51) | ($2,099.51) |
| Call Qiao Xing Universal May | QAEED | Purchase | 04/23/07 | 2,500 | $0.45 | ($1,125.00) | |
| Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 1,000 | $0.35 | ($350.00) | |
| Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 1,500 | $0.40 | ($600.00) | |
| Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 2,000 | $0.35 | ($700.00) | |
| Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 400 | $0.40 | ($160.00) | |
| Call Qiao Xing Universal May | QAEED | Purchase | 04/25/07 | 100 | $0.40 | ($40.00) | |
| Call Qiao Xing Universal May | QAEED | Expired | 05/21/07 | (2,500) | $0.00 | $0.00 | |
| Call Qiao Xing Universal May | QAEED | Expired | 05/21/07 | (5,000) | $0.00 | $0.00 | |
| | | | | | | ($2,975.00) | ($2,975.00) |
| Call Qiao Xing Universal Jun | QAEFW | Purchase | 03/19/07 | 200 | $1.80 | ($360.00) | |
| Call Qiao Xing Universal Jun | QAEFW | Purchase | 03/19/07 | 2,300 | $1.85 | ($4,255.00) | |
| Call Qiao Xing Universal Jun | QAEFW | Expired | 06/18/07 | (2,500) | $0.00 | $0.00 | |
| | | | | | | ($4,615.00) | ($4,615.00) |
| Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 500 | $0.95 | ($475.00) | |
| Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 700 | $0.95 | ($665.00) | |
| Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 700 | $0.95 | ($665.00) | |
| Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 1,200 | $0.95 | ($1,140.00) | |
| Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 1,900 | $0.95 | ($1,805.00) | |
| Call Qiao Xing Universal Jul | QAEGB | Purchase | 06/19/06 | 5,000 | $0.95 | ($4,750.00) | |
| Call Qiao Xing Universal Jul | QAEGB | Sale | 06/30/06 | (10,000) | $0.84 | $8,367.73 | |
| | | | | | | ($1,132.27) | ($1,132.27) |
| Call Qiao Xing Universal Sep | QAEIB | Purchase | 06/15/06 | 200 | $1.15 | ($230.00) | |
| Call Qiao Xing Universal Sep | QAEIB | Purchase | 06/15/06 | 3,800 | $1.15 | ($4,370.00) | |
| Call Qiao Xing Universal Sep | QAEIB | Sale | 06/30/06 | (4,000) | $1.49 | $5,942.81 | |
| | | | | | | $1,342.81 | $1,342.81 |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 1,100 | $1.35 | ($1,485.00) | |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 2,100 | $1.35 | ($2,835.00) | |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 2,100 | $1.35 | ($2,835.00) | |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 1,100 | $1.35 | ($1,485.00) | |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 1,100 | $1.35 | ($1,485.00) | |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 2,200 | $1.35 | ($2,970.00) | |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 05/22/07 | 300 | $1.35 | ($405.00) | |
| Call Qiao Xing Universal Sep | QAEIC | Purchase | 06/12/07 | 1,700 | $1.30 | ($2,210.00) | |

Lawrence Mally's Losses in Xing Securities

| | | OPEN | | | | ($15,710.00) | ($15,710.00) |
|---|---|---|---|---|---|---|---|
| Call Qiao Xing Universal Sep | QAEIW | Purchase | 03/15/07 | 1,500 | $2.85 | ($4,275.00) | |
| | | OPEN | | | | | ($4,275.00) |
| | | | | | | | |
| Call Qiao Xing Universal Nov | QAEKW | Purchase | 10/31/06 | 300 | $0.25 | ($75.00) | |
| Call Qiao Xing Universal Nov | QAEKW | Purchase | 10/31/06 | 2,000 | $0.30 | ($600.00) | |
| Call Qiao Xing Universal Nov | QAEKW | Purchase | 10/31/06 | 2,700 | $0.30 | ($810.00) | |
| Call Qiao Xing Universal Nov | QAEKW | Expired | 11/20/06 | (5,000) | $0.00 | $0.00 | |
| | | | | | | ($1,485.00) | ($1,485.00) |
| | | | | | | | |
| Call Qiao Xing Universal Dec | QAELW | Purchase | 10/25/06 | 700 | $0.90 | ($630.00) | |
| Call Qiao Xing Universal Dec | QAELW | Purchase | 10/25/06 | 2,300 | $0.90 | ($2,070.00) | |
| Call Qiao Xing Universal Dec | QAELW | Expired | 12/18/06 | (3,000) | $0.00 | $0.00 | |
| | | | | | | ($2,700.00) | ($2,700.00) |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/05/06 | 610 | $8.30 | ($5,063.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/05/06 | 990 | $8.30 | ($8,217.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/08/06 | 1,000 | $8.31 | ($8,310.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 06/12/06 | 1,400 | $8.14 | ($11,396.00) | |
| | | | | 4,000 | | ($32,986.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (200) | $10.41 | $2,082.93 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (200) | $10.45 | $2,089.93 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (1,200) | $10.45 | $12,539.61 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (1,000) | $10.45 | $10,449.68 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (146) | $10.45 | $1,525.65 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (354) | $10.45 | $3,699.18 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (300) | $10.45 | $3,134.90 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 06/30/06 | (600) | $10.45 | $6,269.80 | |
| | | | | (4,000) | | $41,791.68 | $8,805.68 |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 08/30/06 | 1,000 | $11.73 | ($11,730.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 08/30/06 | 300 | $11.73 | ($3,519.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 08/30/06 | 150 | $11.73 | ($1,759.50) | |
| | | | | 1,450 | | ($17,008.50) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/14/06 | (400) | $12.00 | $4,799.85 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/14/06 | (100) | $11.93 | $1,192.96 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/14/06 | (500) | $12.00 | $5,999.81 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | (450) | $11.85 | $5,332.37 | |
| | | | | (1,450) | | $17,324.99 | 316.49 |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 09/15/06 | 250 | $12.30 | ($3,075.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | (50) | $11.85 | $592.49 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | (100) | $11.83 | $1,182.96 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 12/20/06 | (100) | $11.90 | $1,189.96 | |
| | | | | | | ($109.59) | (109.59) |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 09/15/06 | 300 | $12.30 | ($3,690.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/03/07 | (100) | $13.26 | $1,325.95 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | (100) | $12.64 | $1,263.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | (2) | $12.71 | $25.41 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | (1) | $12.70 | $12.70 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | (97) | $12.71 | $1,232.83 | |
| | | | | | | $170.86 | 170.86 |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.97 | ($1,497.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | (3) | $12.71 | $38.13 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 01/09/07 | (97) | $12.71 | $1,232.83 | |
| | | | | | | ($226.04) | (226.04) |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 400 | $14.90 | ($5,960.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 300 | $14.90 | ($4,470.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| | | | | 1,000 | | ($14,900.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | (200) | $14.71 | $2,942.90 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | (100) | $14.73 | $1,472.95 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | (200) | $14.80 | $2,959.90 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | (200) | $14.80 | $2,959.90 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | (100) | $14.79 | $1,478.95 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | (100) | $14.79 | $1,478.95 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/05/07 | (100) | $14.79 | $1,478.95 | |
| | | | | (1,000) | | $14,772.50 | (127.50) |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 300 | $14.90 | ($4,470.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 500 | $14.90 | ($7,450.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 | ($2,980.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 | ($2,980.00) | |

Lawrence Mally's Losses in Xing Securities

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 | ($2,980.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| | | | | 2,200 | | ($32,780.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 03/14/07 | (1,200) | $15.87 | $19,048.70 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 04/11/07 | (400) | $16.73 | $6,692.93 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 04/11/07 | (600) | $16.75 | $10,049.90 | |
| | | | | (2,200) | | $35,791.53 | 3,011.53 |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 200 | $14.90 | ($2,980.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 150 | $14.89 | ($2,233.50) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.89 | ($1,489.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 50 | $14.90 | ($745.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | (1,000) | $14.98 | $14,982.77 | |
| | | | | | | $85.27 | 85.27 |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 50 | $14.90 | ($745.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 950 | $14.90 | ($14,155.00) | |
| | | | | 1,000 | | ($14,900.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | (100) | $14.91 | $1,490.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | (100) | $14.98 | $1,497.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/04/07 | (800) | $14.98 | $11,983.81 | |
| | | | | (1,000) | | $14,972.75 | 72.75 |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 850 | $14.90 | ($12,665.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 100 | $14.90 | ($1,490.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 10/17/06 | 1,750 | $14.90 | ($26,075.00) | |
| | | | | 2,700 | | ($40,230.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (10) | $12.91 | $129.09 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (50) | $13.61 | $680.48 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (300) | $13.54 | $4,062.93 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (100) | $13.61 | $1,360.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (150) | $13.61 | $2,041.45 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (100) | $13.61 | $1,360.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (100) | $13.61 | $1,360.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (300) | $13.61 | $4,082.93 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (200) | $13.61 | $2,721.95 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (50) | $13.61 | $680.48 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (100) | $13.61 | $1,360.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (100) | $13.62 | $1,361.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (500) | $13.60 | $6,799.89 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (100) | $13.61 | $1,360.97 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (540) | $13.61 | $7,349.29 | |
| | | | | (2,700) | | $36,715.31 | (3,514.69) |
| | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 12/26/06 | 100 | $13.85 | ($1,385.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 12/26/06 | 100 | $13.85 | ($1,385.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 12/26/06 | 100 | $13.85 | ($1,385.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 04/10/07 | 200 | $17.05 | ($3,410.00) | |
| | | | | 500 | | ($7,565.00) | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (300) | $13.61 | $4,082.93 | |
| Qiao Xing Universal Telephone, Inc. | XING | Sale | 05/18/07 | (200) | $13.61 | $2,721.96 | |
| | | | | (500) | | $6,804.89 | (760.11) |
| HELD: | | | | | | | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 04/10/07 | 90 | $17.05 | ($1,534.50) | |
| Qiao Xing Universal Telephone, Inc. | XING | Purchase | 04/17/07 | 200 | $18.50 | ($3,700.00) | |
| | | | | 290 | | ($5,234.50) | |
| | | HELD:* | | 290 | $9.78 | $2,836.20 | |
| | | | | | | ($2,398.30) | (2,398.30) |

*The retained share price of $9.78 per share is the average share price from the end of the Class Period through October 8, 2007.

Total losses in Xing Securities: ($72,808.72)

**QIAO XING UNIVERSAL TELEPHONE, INC.**
**Class period: 6/30/2004-7/16/2007**

| Name | Transaction Type | Trade Date | Share | Price per Share | Cost or Proceeds | Estimated Losses |
|------|------------------|------------|-------|-----------------|------------------|------------------|
| Larry Tracy | Purchase | 05/17/07 | 4,000 | $14.0060 | $56,024.00 | |
| Larry Tracy | Purchase | 05/18/07 | 2,000 | $13.5000 | $27,000.00 | |
| Larry Tracy | | | 6,000 | | $83,024.00 | |
| Larry Tracy | | | | | | |
| Larry Tracy | Retained* | | 6,000 | $9.7800 | $58,680.00 | $24,344.00 |

*The retained share price of $9.78 per share is the average share price from the end of the Class Period through October 8, 2007.

**EXHIBIT D**

Yahoo!  My Yahoo!  Mail                    Search: [                              ]  Web Search

YAHOO!® FINANCE    **Sign In**          Finance Home - Help        marketwire
                    New User? Sign Up

**Welcome** [Sign In]                              To track stocks & more, Register

## Financial News

            Enter symbol(s) [              ] | Basic  ▼ | Get | Symbol Lookup

Press Release                                    Source: Kaplan Fox & Kilsheimer LLP



# Kaplan Fox Seeks to Recover Losses for Investors Who Purchased Securities of Qiao Xing Universal Telephone, Inc.

Thursday August 9, 7:48 pm ET

NEW YORK, NY--(MARKET WIRE)--Aug 9, 2007 -- Today, Kaplan Fox & Kilsheimer LLP filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of a class (the "Class") of all persons who purchased securities of Qiao Xing Universal Telephone, Inc. ("Xing" or the "Company") (NasdaqGM:XING - News), including purchasers of both Xing common stock and call options, between June 30, 2004 and July 16, 2007, inclusive and alleges violations of the federal securities laws by Xing and certain of its executives.

As alleged in the Complaint, on July 17, 2007, before the opening of trading, Xing disclosed, among other things, that in connection with the audit of the financial statements of a Company subsidiary, certain misstatements for the years 2005, 2004 and 2003 were identified that were not initially detected through the Company's internal control over financial reporting and that, as a result, management has decided to restate the Company's consolidated financial statements for the years ended December 31, 2005, 2004 and 2003. As further alleged, during the Class Period, Xing overstated its reported net income for the years ended December 31, 2005 and 2004 by 2% and 93%, respectively, and for the year ended December 31, 2003, Xing understated its reported net loss by 210%.

The complaint further alleges that on July 17, 2007, the Company filed its annual report for the year ended December 31, 2006 on Form 20-F with the SEC that stated that the misstatements in the financial statements resulted from certain deficiencies in the Company's system of internal controls over financial reporting.

In response to these announcements, on July 17, 2007, the price of Xing stock declined from $13.97 per share at the close of trading on July 16, 2007, to close at $11.04 per share, a decline of approximately 21%, on extremely heavy trading volume.

If you are a member of the proposed Class, you may move the court no later than October 8, 2007 to serve as a lead plaintiff for the Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.

Plaintiff seeks to recover damages on behalf of the Class and is represented by Kaplan Fox & Kilsheimer LLP. Our firm, with offices in New York, San Francisco, Los Angeles, Chicago and New Jersey, has many years of experience in prosecuting investor class actions and actions involving financial fraud. For more information about Kaplan Fox & Kilsheimer LLP, or to review a copy of the complaint filed in this action, you may visit our website at www.kaplanfox.com.


*Contact:*

        If you have any questions about this Notice, the action, your rights or
        your interests, please e-mail us at mail@kaplanfox.com or contact:

        Frederic S. Fox
        Joel B. Strauss
        Jeffrey P. Campisi
        KAPLAN FOX & KILSHEIMER LLP
        850 Third Avenue, 14th Floor

New York, NY 10022
(800) 290-1952
(212) 687-1980
Fax: (212) 687-7714
E-mail address: mail@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
(415) 772-4700
Fax: (415) 772-4707
E-mail address: mail@kaplanfox.com

---

Source: Kaplan Fox & Kilsheimer LLP

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.