**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAWRENCE MALLY, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, and ALBERT LEUNG,<br><br>                      Defendants. | Civil Action No. 1:07-CV-7097 (DLC) |
| MILTON PFEIFFER, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, and, ALBERT LEUNG,<br><br>                      Defendants. | Civil Action No. 1:07 CV-7252 (DLC) |

| | |
|---|---|
| ISAAC FISHMAN, Custodian for the IBF Foundation, on Behalf of itself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, and GROBSTEIN HORWATH & CO., LLP<br><br>                      Defendants. | Civil Action No. 1:07-CV-7312 (DLC) |
| MICHAEL LOCKE, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, ZHI YANG WU, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>                      Defendants. | Civil Action No. 1:07-CV-7693 (DLC) |

| | |
|---|---|
| REUVEN LAPIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, and ALBERT LEUNG,<br><br>                      Defendants. | Civil Action No. 1:07-CV-7829 (DLC) |

## AFFIDAVIT OF SERVICE

Julie M. Carrion, affirms the following under penalty of perjury:

1. I am an employee at the law firm of Pomerantz, Haudek, Block, Grossman and Gross, LLP, 100 Park Avenue, 26th Floor, New York, New York 10017, counsel for James B. Balaban in this action.

2. I certify that on October 10, 2007, I had a true and correct copy of the following:

**NOTICE OF MOTION BY JAMES B. BALABAN FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL;**

**MEMORANDUM OF LAW IN SUPPORT OF JAMES B. BALABAN'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; and**

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Upon the following:

| | |
|---|---|
| Evan J. Smith<br>Brodsky & Smith LLC<br>240 Mineola Blvd.<br>Mineola, NY 11501<br><br>Attorney for Plaintiff Michael Locke | Schriffrin Borroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>Attorney for Plaintiff Michael Locke |

| | |
|---|---|
| Marvin Lawrence Frank<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br><br>Attorney for Plaintiff<br>Reuven Lapin | Michael Goldberg<br>Glancy, Binkow & Goldberg<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br><br>Attorney for Plaintiff<br>Reuven Lapin |
| Frederick S. Fox<br>Jeffrey Philip Campisi<br>Joel B. Strauss<br>Kaplan, Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br><br>Attorney for Plaintiff<br>Lawrence Mally | Gregory Mark Mespole<br>Gustavo Fabian Bruckner<br>Jacob T. Fogel<br>Wolf Haldenstein Adler Freeman & Herz, LLP<br>270 Madison Avenue<br>New York, NY 10017<br><br>Attorney for Plaintiff<br>Isaac Fishman |
| Jack C. Auspitz<br>Joel Charles Haims<br>Lily M. Fan<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>Attorney for Defendants<br>Qia Xing Universal Telephone, Inc.<br>Rui Lin Wu<br>Albert Leung<br>Zhi Yang Wu<br>Sonny Kwok Wing Hung<br>Ze Yun Mu<br>Yi Hong Zhang | Grobstein, Horwath & Company, LLP<br>15233 Ventura Boulevard, 19th Floor<br>Sherman Oaks, CA 91403<br><br>Defendant |

Dated: October 10, 2007

_____
Julie M. Carrion

Sworn to before me this
10th day of October, 2007

_____
Notary Public

ROSE BELL
Notary Public, State of New York
No. 01BE4514847
Qualified in New York County
Commission Expires July 31, 20 09