UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>                    Defendants. | CIVIL ACTION NO. 07 CV 7097 |
| MILTON PFEIFFER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>                    Defendants. | CIVIL ACTION NO. 07 CV 7252 |

  (Captions continued . . .)


**NOTICE OF WITHDRAWAL OF MR. JOSEPH MUSTACHIA'S
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
<u>APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| ISAAC FISHMAN, CUSTODIAN FOR THE IBF FOUNDATION, ON BEHALF OF ITSELF and ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>    -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>        Defendants. | CIVIL ACTION NO. 07 CV 7312 |
| MICHAEL LOCKE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, ZHI YANG WU, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>        Defendants. | CIVIL ACTION NO. 07 CV 7693 |
| REUVEN LAPIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, and ALBERT LEUNG,<br><br>        Defendants. | CIVIL ACTION NO. 07 CV 7829<br>"ECF CASE" |

/490980

### NOTICE OF WITHDRAWAL OF MR. JOSEPH MUSTACHIA'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>

Movant Joseph Mustachia ("Movant") hereby withdraws his motion for: (i) consolidation of the actions referenced in the instant captions (the "Actions"); (ii) appointment as Lead Plaintiff, pursuant to Section 21D of the Securities Exchange Act of 1934 (the "1934 Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approval of his selection of Lead Counsel.

On October 9, 2007, Mr. Joseph Mustachia and numerous other parties moved the Court to be appointed lead plaintiff pursuant to the procedures set forth in the PSLRA.  Upon review of the competing motions, Movant recognizes that class member Pelo a.s., with $337,000 in total losses, suffered the most losses and has the largest financial interest in the pertinent class period and is thus most qualified to be selected lead plaintiff under the PSLRA.

Movant therefore supports the appointment of Pelo a.s. as Lead Plaintiff and its selection of Murray, Frank & Sailer LLP as Lead Counsel.

Dated:  October 22, 2007
     New York, New York

          Respectfully submitted,

          **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

          By: _____/s/_____
          Gregory M. Nespole (GN 6820)
          Gustavo Bruckner (GB-7701)
          270 Madison Avenue
          New York, New York 10016
          Telephone:  (212) 545-4600
          Facsimile:  (212) 545-4653

          **Counsel for Movant Joseph Mustachia**

/490980