UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>      Defendants. | CIVIL ACTION NO. 07 CV 7097 |
| MILTON PFEIFFER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>      Defendants. | CIVIL ACTION NO. 07 CV 7252 |

(Captions continued . . .)

## DECLARATION OF SERVICE

489632

| | |
|---|---|
| ISAAC FISHMAN, CUSTODIAN FOR THE IBF FOUNDATION, ON BEHALF OF ITSELF and ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>                    Defendants. | CIVIL ACTION NO. 07 CV 7312 |
| MICHAEL LOCKE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, ZHI YANG WU, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>                    Defendants. | CIVIL ACTION NO. 07 CV 7693 |
| REUVEN LAPIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, and ALBERT LEUNG,<br><br>                    Defendants. | CIVIL ACTION NO. 07 CV 7829<br>"ECF CASE" |

/489632.3                           2

## DECLARATION OF SERVICE

Gustavo Bruckner, Esq., an attorney admitted to practice law before the courts of the State of New York, hereby declares that on October 22, 2007, I caused to be served, (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel, the Notice of Withdrawal of Mr. Joseph Mustachia's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.

Dated:   October 22, 2007

_____/S/_____  
Gustavo Bruckner

/489632.3                                  3