```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE QIAO XING SECURITIES LITIATION    :      MASTER FILE
                                        :      07 Civ. 7097 (DLC)
This Document Relates to:               :
                                        :      ORDER
ALL ACTIONS                             :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

DENISE COTE, District Judge:

For the reasons stated on the record at a hearing on October 26, 2007, it is hereby

ORDERED that PELO a.s. ("PELO") is appointed Lead Plaintiff for the putative Class in this consolidated action.

IT IS FURTHER ORDERED that PELO's selection of Murray, Frank & Sailer LLP as Lead Counsel for the Class is approved.

IT IS FURTHER ORDERED that Lead Plaintiff shall file a consolidated complaint on or before **January 11, 2008**.

IT IS FURTHER ORDERED that any motion to dismiss the consolidated complaint must be filed on or before **February 8, 2008**; any opposition to the motion is due **February 22, 2008**; any reply is due **February 29, 2008**.

IT IS FURTHER ORDERED that plaintiff Lawrence Mally may submit briefing as to whether an additional named plaintiff is necessary in order to ensure that the interests of those who traded in Qiao Xing Universal Telephone, Inc. options, rather than common stock, are adequately represented. Such briefing

may be filed on or before **November 16, 2007**; any opposition is due **November 30, 2007**; any reply is due **December 7, 2007**.

IT IS FURTHER ORDERED that, at the time reply briefs are served in connection with either of the motions discussed above, the moving party shall provide Chambers with two courtesy copies of all motion papers.

SO ORDERED:

Dated:   New York, New York
         November 1, 2007

                                          _____
                                               DENISE COTE
                                        United States District Judge