USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE QIAO XING SECURITIES LITIATION      :    MASTER FILE
                                          :    07 Civ. 7097 (DLC)
This Document Relates to:                 :
                                          :    ORDER
ALL ACTIONS                               :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

For the reasons stated on the record at the hearing held on October 26, 2007, it is hereby

ORDERED that the parties contact Magistrate Judge Pitman to arrange for settlement discussions under his supervision. Such discussions are to take place prior to January 11, 2008.

SO ORDERED:

Dated:   New York, New York
         November 19, 2007

                                   _____
                                            DENISE COTE
                                   United States District Judge