UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

------------------------------------------------x
:
IN RE QIAO XING SECURITIES        :
LITIGATION                        :   MASTER FILE
                                  :   07 Civ. 7097 (DLC)
This Document Relates To:         :
                                  :
All Actions                       :
                                  :
------------------------------------------------x

# [PROPOSED] ORDER

The briefing schedule in the above-captioned case shall be extended three weeks (15 business days) as follows:

1. Plaintiff's Consolidated Amended Complaint, originally due on or before January 11, 2008, shall now be filed on or before February 1, 2008.

2. Defendants' answer or motion to dismiss, originally due on or before February 8, 2008, shall now be filed on or before February 29, 2008.

2. Plaintiffs' response to any motion to dismiss, originally due on or before February 22, 2008, shall now be filed on or before March 14, 2008; reply is due March 21, 2008

Dated: December 17, 2007

_____
Denise Cote
U.S.D.J.