**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK
NEW YORK 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

February 13, 2008

RECEIVED
FEB 14 2008
CHAMBERS OF
DENISE COTE

Writer's Direct Contact
212.468.8046
JAuspitz@mofo.com

By Hand

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

Re:   *In re Qiao Xing Sec. Litig.*
      *Master File No. 07 Civ. 7097 (DLC)*

Dear Judge Cote:

We represent the defendants in the above-referenced securities class action and write to respectfully request a brief five business day adjournment of the February 15, 2008 deadline for the plaintiffs to make a submission in support of preliminary approval of the proposed settlement, pursuant to Your Honor's Order dated January 17, 2008. A short extension would give the defendants adequate time to provide notice of the proposed settlement to the appropriate Federal and State officials, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). The parties do not need any additional time to complete the settlement agreement or the exhibits thereto. However, the ten day notice period under CAFA runs from the date plaintiffs file for preliminary approval of the proposed settlement. The implementation of CAFA as it applies to securities class actions is new and complicated. Hence we would appreciate the brief extension. Under the proposed revised schedule, the settlement submission due on February 15, 2008 would be due on February 25, 2008. Lead counsel for the plaintiffs consents to this request.

I will be out of town on business on Thursday and Friday of this week, but I can be available for a conference call if the Court would like to discuss this request further.

Respectfully,

Jack C. Auspitz

cc:   Brian P. Murray, Esq. (by email)

Granted.

/s/ Denise Cote
February 14, 2008

ny-800273